IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 98-30080 |
| KEVIN L. WILLIAMS, | ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on the Federal Public Defender's Motion to Withdraw as Counsel (d/e 61) (Motion to Withdraw). Defendant Williams filed a Motion to Reduce Sentence (d/e 60) based on the retroactive Amendment to the Sentencing Guideline range regarding crack cocaine sentencing. The Court appointed the Federal Public Defender to represent Defendant in this matter. Text Order entered March 13, 2008.

Title 18 U.S.C. § 3582(c)(2) provides that a court may not modify a term of imprisonment once it has been imposed except:

> [I]n the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the

1

> Sentencing Commission pursuant to 28 U.S.C. 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

A reduction is not consistent with applicable policy statements if "the amendment does not have the effect of lowering the defendant's applicable guideline range because of the operation of another guideline [e.g., a career offender override] or statutory provision (e.g., a statutory mandatory minimum term of imprisonment)." U.S.S.G. § 1B1.10, comment n.1(A).

Defendant Williams was sentenced by this Court on December 17, 1999, to a sentence of 240 months imprisonment. He was sentenced to the statutory mandatory minimum sentence. Because the Federal Public Defender's Office has concluded that Defendant Williams, thus, is ineligible for a sentence reduction under the retroactive Amendment to the Sentencing Guideline range regarding crack cocaine sentencing, it requests permission to withdraw as counsel.

THEREFORE, the Federal Public Defender's Motion to Withdraw as Counsel (d/e 61) is GRANTED. Defendant is allowed to pursue this matter

*pro se.*

Defendant shall file with this Court no later than May 9, 2008, a pleading that either: (a) concedes that the Amendment does not apply, or (b) explains why the Amendment applies.

IT IS THEREFORE SO ORDERED.

ENTER:   April 8, 2008

    FOR THE COURT:

                  s/ Jeanne E. Scott
                  JEANNE E. SCOTT
                  UNITED STATES DISTRICT JUDGE